```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53560
   KEVIN NEAL
   JACQUELINE R NEAL                             CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
          Debtor
  SSN XXX-XX-1484     SSN XXX-XX-3674

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  18.00%.

     The case was paid in full 05/25/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
M & I MARSHALL & IISLEY   CURRENT MORTG        .00           .00            .00
MITSUBISHI MOTORS CREDIT  SECURED           9423.05        491.11       9423.05
WELLS FARGO BANK          CURRENT MORTG        .00           .00            .00
BP/CITI                   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE               UNSECURED         3686.51          .00         663.65
RESURGENT CAPITAL SERVIC  UNSECURED          708.14          .00         127.48
CHASE                     UNSECURED       NOT FILED          .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        14420.67          .00        2596.01
FIRST USA                 UNSECURED       NOT FILED          .00            .00
LVNV FUNDING LLC          UNSECURED         2601.18          .00         468.26
PALISADE COLLECTION       UNSECURED       NOT FILED          .00            .00
PARAGON PARKWAY           UNSECURED       NOT FILED          .00            .00
PEOPLES BANK              UNSECURED        11685.42          .00        2103.61
RESURGENCE FINANCIAL LLC  UNSECURED        17896.42          .00        3221.71
RESURGENCE CAPITAL        UNSECURED         6005.45          .00        1081.10
B-LINE LLC                UNSECURED         2328.50          .00         419.18
THOMAS W DREXLER          DEBTOR ATTY       2,324.00                   2,324.00
TOM VAUGHN                TRUSTEE                                      1,381.05
DEBTOR REFUND             REFUND                                           5.38

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            24,305.59

PRIORITY                                          .00
SECURED                                      9,423.05
    INTEREST                                   491.11
UNSECURED                                   10,681.00
ADMINISTRATIVE                               2,324.00
TRUSTEE COMPENSATION                         1,381.05

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 53560 KEVIN NEAL & JACQUELINE R NEAL
```

```
DEBTOR REFUND                                                  5.38
                                       ---------------  ---------------
TOTALS                                       24,305.59        24,305.59
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE